**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

vs.                                                             CASE NO. 16-405(GAG)

NOEL CRUZ TORRES
Defendant

**MOTION FOR CHANGE OF PLEA**

TO THE HONORABLE GUSTAVO A. GELPI
U.S. DISTRICT COURT JUDGE
DISTRICT OF PUERTO RICO

    **COMES NOW**, Noel Cruz Torres, through undersigned counsel and respectfully and requests that he be allowed to change his plea to guilty.

    **WHEREFORE**, it is respectfully requested that this case be set for Change of Plea hearing.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on October 10, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: all parties of interest.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 10th day of October, 2016.

        **ERIC A. VOS**
        **Federal Public Defender**
        **District of Puerto Rico**

        S/**VÍCTOR GONZÁLEZ-BOTHWELL**
        Assistant Federal Public Defender
        USDC-PR 219707
        241 Franklin D. Roosevelt Avenue
        Hato Rey, PR  00918-2441
        Tel. (787) 281-4922
        Fax (787) 281-4899